IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL SHEEHAN | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security | : | NO. 10-5598 |

FILED
MAR 20 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

ORDER

AND NOW, this 20th day of March, 2013, upon consideration of Plaintiff's Motion for Summary Judgment and her brief in support thereof and Defendant Commissioner's Response to Plaintiff's Request for Review, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The matter is REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation.

BY THE COURT:

/s/ Legrome D. Davis
_____
LEGROME D. DAVIS, J.