IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL SHEEHAN                    :        CIVIL ACTION
                                   :
        v.                         :                          FILED
                                   :
MICHAEL J. ASTRUE,                 :                          MAR 2 0 2013
Commissioner of Social Security    :        NO. 10-5598
                                            MICHAEL E. KUNZ, Clerk
                                            By_____Dep. Clerk

O R D E R

AND NOW, this    2 0th day of    March                    , 2013, upon

consideration of Plaintiff's Motion for Summary Judgment and her brief in support thereof and

Defendant Commissioner's Response to Plaintiff's Request for Review, and after review of the

Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is hereby

ORDERED that:

        1. The Report and Recommendation is APPROVED and ADOPTED;

        2. The matter is REMANDED to the Commissioner, pursuant to sentence four of

        42 U.S.C. § 405(g), for further proceedings consistent with the Report and

        Recommendation.

BY THE COURT:

/s/ Legrome D. Davis
_____
LEGROME D. DAVIS, J.